CGFD34 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 16–19437–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Lawrence Jeffrey Slote
423 4th Terrace
Palm Beach Gardens, FL 33418

SSN: xxx–xx–1233

## NOTICE OF CHAPTER 7 CASE CLOSED

## WITHOUT DISCHARGE

The trustee Margaret J. Smith, having filed a final report that the estate has been fully administered, is discharged.

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, "Certification About a Financial Management Course".

Under Local Rule 5010–1(G), if the debtor subsequently completes the financial management course requirement, the debtor may request entry of a discharge by filing a motion to reopen the case accompanied by the required reopening filing fee and by the Official Bankruptcy Form "Certification About a Financial Management Course".

**Dated: 12/7/16**

**CLERK OF COURT**
By: Tonisha Young
Deputy Clerk

The clerk shall serve a copy of this order on all parties of record.